UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>  Plaintiff,<br><br>  v.<br><br>N. HUNT, et al.,<br><br>  Defendants. | No. 1:20-cv-01759-NONE-EPG (PS)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS, UP TO AND INCLUDING DISMISSAL, SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE |

Plaintiff Georgette G. Purnell ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, commenced this civil-rights action by filing her complaint on December 11, 2020. (ECF No. 1). On January 12, 2021, the Court entered a screening order. (ECF No. 5). The Court found that Plaintiff stated claims against Defendants Hunt, Luper, Garcia-Peralta and Carter for excessive force in violation of the Fourth Amendment and failed to state any other claims. The Court ordered Plaintiff to, within 30 days, file a first amended complaint, notify the Court in writing she wanted to proceed only on the claims the Court found cognizable, or notify the Court in writing that she wanted to stand on her complaint. (*Id.* at 11). The Court warned Plaintiff that "Failure to comply with this order may result in the dismissal of this action." (*Id.*). The 30-day deadline in the order has elapsed, and Plaintiff has not complied with the order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days, Plaintiff shall file a written response to this Order to Show Cause indicating (1) whether Plaintiff intends to prosecute

this action and (2) explaining Plaintiff's failure to comply with the Court's January 12, 2021 order.

**Plaintiff is cautioned that failure to respond to this Order as set forth above may result in the dismissal of this case.**

IT IS SO ORDERED.

Dated:  **March 8, 2021**                           /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE