UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>N. HUNT, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01759-NONE-EPG (PS)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(ECF NO. 1) |

　　　　Georgette G. Purnell ("Plaintiff") is proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff filed a complaint on December 11, 2020. (ECF No. 1). The Court screened Plaintiff's complaint on January 12, 2021 and found cognizable claims against Defendants N. Hunt, Luper, Garcia-Peralta and Carter for excessive force in violation of the Fourth Amendment. (ECF No. 5). On April 7, 2020, Plaintiff filed a response stating that she wished to proceed only against Defendant Hunt. (ECF No. 8).

　　　　The Court finds the complaint appropriate for service of process.  Accordingly, it is HEREBY ORDERED that:

　　　　1.　Service is appropriate for the following defendant:

      a. **N. Hunt, an Officer with the California Highway Patrol on June 27, 2020.**

2. The Clerk of Court shall SEND Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the complaint filed on December 11, 2020 (ECF No. 1);

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. A completed summons for defendant;

    b. A completed USM-285 form for defendant; and

    c. Two (2) copies of the endorsed second amended complaint filed on December 11, 2020;

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. <u>Failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **April 8, 2021**     /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE