1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGETTE G. PURNELL,                    No.  1:20-cv-01759-NONE-EPG (PS)

12                 Plaintiff,                  ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS RECOMMENDING
13          v.                                 THAT THIS ACTION PROCEED ONLY ON
                                               CLAIM AGAINST DEFENDANT HUNT FOR
14   N. HUNT, *et al.*,                        EXCESSIVE FORCE IN VIOLATION OF
                                               THE FOURTH AMENDMENT
15                 Defendants.
                                               (Doc. No. 10)
16

17          Plaintiff Georgette G. Purnell is proceeding *pro se* and *in forma pauperis* in this civil

18   rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on plaintiff's complaint against

19   defendants N. Hunt, Luper, Garcia-Peralta, and Carter for alleged violation of plaintiff's rights

20   after an automobile collision.  This matter was referred to a United States Magistrate Judge

21   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22          On April 8, 2021, the assigned magistrate judge issued findings and recommendations

23   recommending that this action proceed on plaintiff's claim against defendant N. Hunt for

24   excessive force in violation of the Fourth Amendment; that plaintiff's claims against defendants

25   Luper, Garcia-Peralta and Carter for excessive force in violation of the Fourth Amendment be

26   dismissed, without prejudice; and that all other claims in plaintiff's complaint be dismissed, with

27   prejudice.  (Doc. No. 10.)  Those findings and recommendations were served on the plaintiff and

28   contained notice that any objections thereto were to be filed within fourteen (14) days after

                                                1

1    service.  (*Id.* at 4.)  No objections have been filed, and the deadline to do so has expired.

2         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a

3    *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

4    magistrate judge's findings and recommendations are supported by the record and by proper

5    analysis.

6         Accordingly,

7    1. The findings and recommendations issued on April 8, 2021, (Doc. No. 10), are adopted in

8       full;

9    2. This action shall proceed on Plaintiff's claim against defendant N. Hunt for excessive

10       force in violation of the Fourth Amendment;

11    3. Plaintiff's claims against defendants Luper, Garcia-Peralta and Carter for excessive force

12       in violation of the Fourth Amendment are dismissed, without prejudice; and

13    4. All other claims in Plaintiff's complaint are dismissed, with prejudice

14

15    IT IS SO ORDERED.

16    Dated:  **April 26, 2021**                                   

17                                 UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28