UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>             Plaintiff,<br><br>      v.<br><br>N. HUNT,<br><br>             Defendant. | No.  1:20-cv-01759-NONE-EPG<br><br>SECOND ORDER RE LATE-FILED OBJECTIONS<br><br>(Doc. No. 15) |

On July 1, 2021, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to complete service, failure to comply with a court order, and failure to prosecute. (Doc. No. 13.) Plaintiff was afforded fourteen (14) days to file objections thereto. (*Id*.) She failed to do so. On July 27, 2021, the undersigned adopted the findings and recommendations and the case was dismissed. (Doc. No. 14.)

On July 29, 2021, the court received a document entitled "objections to findings and recommendations," in which plaintiff asserts that she indeed forwarded service documents to the Clerk of the Court as ordered on May 4, 2021. (Doc. No. 15.) Plaintiff indicated in the July 29, 2021 filing that "because I'm learning now [that] the court never received these documents. . . I am resubmitting them today. (See Attached.)" (*Id*. at 4.) However, no such documents were

1

attached to plaintiff's filing with the court. On August 3, 2021, the court issued an order stating that it would hold the pending objections in abeyance for an additional fourteen (14) days to "permit plaintiff to file any such attachments for the court's review along with any documentation that demonstrates the documents were previously provided to the court in a timely manner." (Doc. No. 17.) That deadline has now passed, and plaintiff has filed no supporting documentation. In the absence of this supporting documentation, the court finds no basis to disturb its prior finding that this plaintiff has failed to prosecute this case and failed to comply with court orders. Accordingly, this case remains closed.

IT IS SO ORDERED.

Dated: **September 2, 2021**

UNITED STATES DISTRICT JUDGE